# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re:  **Sarah Maeve Brackin**,    )    Case No.:  **18-83782-CRJ7**
                                    )
Debtor.                             )    Chapter 7

## BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF THE FINAL APPLICATION FOR APPROVAL TO PAY COMPENSATION OF SPARKMAN SHEPARD, P.C.

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and regarding the application to pay Compensation states as follows:

1. The BA has reviewed the Motion for Approval to Pay Compensation (Doc. 78).

2. An analysis of the request for compensation and expenses indicates the fee and expenses requested are itemized. A statement that the monies received by the professional will not be shared with any other party outside of his law firm is included in the Application.

3. The BA recommends that the following time entries not be approved as they appear to be work that should normally be performed by the trustee without the assistance of an attorney:

| Date | Description | Amount |
|---|---|---|
| 12/24/2019 | Prepared & filed case status change letter… | $32.00 |
| 05/08/2020 | Prepared & filed status report. | $16.00 |
| 06/29/2020 | Prepared & filed Application to Employ … | $280.00 |
| 07/29/2020 | Prepared 2 proposed Orders …. | $210.00 |
| 09/23/2020 | Prepared & Filed Report of Initial Deposit … | $280.00 |
| 10/27/2020 | Prepared draft motion and order to pay auctioneer… | $350.00 |
| 12/08/2020 | Prepared and sent to court for entry the order… | $16.00 |

| 12/08/2020 | Sent trustee's deed 18-83782-CRJ7o Wolf Jones… | $105.00 |
| 02/09/2021 | Cut checks to for auctioneer fees … | $245.00 |

4. The above not compensable entries total $1,534.00.

5. The requested expenses are itemized and appear reasonable and necessary.

WHEREFORE, the premises considered, the BA recommends that compensation be allowed in the reduced amount of $10,147.00 and expenses be approved in the amount of $514.35.

Respectfully submitted May 25, 2022.

> J. THOMAS CORBETT
> United States Bankruptcy Administrator for the
> Northern District of Alabama
> /s/ Richard M. Blythe
> Richard M. Blythe
> Assistant U.S. Bankruptcy Administrator
> Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Jeffrey B. Irby, Esq, Attorney for Debtor, Via CM/ECF electronic service

Tazewell T. Shepard, Esq., Trustee, Via CM/ECF electronic service

> /s/Richard M. Blythe
> Richard M. Blythe